Dismissed and Memorandum Opinion filed September 8, 2005









Dismissed and Memorandum Opinion filed September 8,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00626-CV

____________

 

RUSSELL T. KEETON,
Appellant

 

V.

 

THE FROST NATIONAL BANK,
Appellee

 



 

On Appeal from the County Civil
Court at Law No. 1

Harris County, Texas

Trial Court Cause No.
801,721

 



 

M E M O R A N D U M  O P I N I O N








This is an appeal from a judgment signed May 10, 2005.  The notice of appeal was filed on June 15,
2005.  On August 18, 2005, the court
granted appellant=s motion for extension of time to file the notice of
appeal.  To date, our records show that
appellant has neither established indigence nor 
paid the $125.00 appellate filing fee. 
See Tex. R. App. P. 5
(requiring
payment of fees in civil cases unless indigent);Tex. R. App.
P. 20.1 (listing requirements for establishing indigence); see also Order Regarding Fees Charged in Civil Cases in the Supreme Court
and the Courts of Appeals, Misc. Docket No. 98-9120 (Tex. Jul. 21, 1998)
(listing fees in court of appeals); Tex.
Gov=t Code Ann. ' 51.207 (Vernon Supp.2004-05) (same). 

After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. 
Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply
with notice from clerk requiring response or other action within specified
time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed September 8, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.